UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Write the full name of each plaintiff.

Scott Hill

-against-

The City of New York
New York City Police Dept.
Police officers John Does
Court officers N.Y.C.

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

1:17 cv 01420-CM
(Include case number if one has been assigned)

AMENDED

COMPLAINT

Do you want a jury trial?
☐ Yes  ☒ No

RECEIVED
SDNY PRO SE OFFICE
2017 OCT -2  PM 2:41
S.D. OF N.Y.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/17

Rev. 2/10/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____
_____
_____
_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __Scott Hill__, is a citizen of the State of
(Plaintiff's name)

__STATEN Island N.Y.__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __Scott Hill__, is a citizen of the State of
(Defendant's name)

__Staten Island n.y.__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, __Scott Hill__, is incorporated under the laws of the State of __n.y.__

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Scott__        __Bryan__          __Hill__
First Name       Middle Initial     Last Name

__298 nome Ave First Fl. Sided door__
Street Address

__S.I.__                __n.y.__        __10314__
County, City            State           Zip Code

__718-568-8805__
Telephone Number                        Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **Scott** **Hill**
First Name / Last Name

Current Job Title (or other identifying information)

**298 nome Ave First Fl. Side door S.I. N.Y.**
Current Work Address (or other address where defendant may be served)

**298 nome Ave  Richmond  N.Y.  10314**
County, City / State / Zip Code

Defendant 2: _____
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Defendant 3: _____
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City / State / Zip Code

Page 4

Defendant 4: _____
                First Name           Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City           State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On 1/14/16 i was arressted, And in The court house, The corrections officers beat me up. i substaind tromatized to the stomach, my right arm was pulled out of place, they kneeld on my head, And pulled my by my arm while in one handcuff, punched me in my stomach, kicked me in my back while i was on the floor. And i was coughing up blood. And until this day, my kneck, arm, and back still hurts and my ribb's. And i have knightmare's when i sleep, And when i see cop's i get nervis.

on 1/14/16 i was arressted And brought to the court house, were the court officers beat me up. They put a hand cuff on my right arm, wrist, punched me in my back, head, stomach, pulled me onto the floor, kneeld on my head, ribbes, pulled my by my arm with the hand cuff on my rist. my arm popped out of place, my kneck, shoulder, and arm swelled up. i had trommatized to my stomach, i was couffing up blood. while i was loucked up and when i was relased, i have hend akes, and i still do. And

**INJURIES:** knight mares, And i get nurvise when i see cops.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

my head, kneck, Right wrist, Right arm, stomach, ribbs, back, still hurt's. And they did not take me to the clinic or Hosptial when i did get to see the docter, he didn't want to exzamon me, he told me to go to the hosptial whe i got out.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$1 million, $4,000,000.00.

9/27/17
1:17cv01420-cm

To The PEOPLE of The DiSTricT courT;
I ScoTT Hill is writting You To give You AN ideal of what i'm going Through AFTer The day i was beaten up on 1/14/16, in The back of The court house, by The cell's by The court officer's. From That day until now, my body And The whole right side of my body is in PAine And i Feel alot of PAine on my whole right side. when i walk, i can't walk a whole block without having To stop, because i start feeling PAine in my body and on The whole right side of my body. i start coughffing up flouids, and small globb's of blood, And sometime's i Through up. when i walk home with bag's in my hand's and hold A bag in my wright hand, it feel's like it's pulling my right Arm off my body. And when i'm home, i have to walk with A cup, because i start coughffing up flouid's And litte globb's of blood, when i EAT, i have To keep A cup next to me because i start chocking, and coughffing up flouids and small globb's of blood, And when i sit down To watch T.V. i have To sit with A cup next To me because i'll start caughffing up flouids And blood.

And i was told that i would be like this for the rest of my life, that there's nothing that can be just hope and pray for the best. And the harddest part is when you'r loveone or someone you see hugg's you and when they do you be in alot of paine and you don't want to tell them. or when you lay down and try to go to sleep at knight. and when you lay on you'r back, your stomach or your side's because you be in alot of paine and your start coughing up flouid's and globb's of blood, and the worst part of it all, is when you cant make love or have sex, because it fee's like you'r about to pass out from the paine. So what i do is pray to god and jesus crist my lord and savior to touch me with there healling hand's from the heaven's to heal me, and i leave it in there hand's. and thats about it.

If you have any questions, feel free to call me or wright me, here's my # 718-568-8805, address. Scott Hill 298 nome ave first fl. side door Staten Island n.y. 10314

yours truely
Scott Hill

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 9/23/17 | Scott Hill |
|---|---|
| Dated | Plaintiff's Signature |

| Scott | B | Hill |
|---|---|---|
| First Name | Middle Initial | Last Name |

298 Nome First Fl. Side door
Street Address

| Richmond, S.I. | N.Y. | 10314 |
|---|---|---|
| County, City | State | Zip Code |

718-568-8805
Telephone Number                                    Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes  ☒ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7