```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SCOTT HILL,                                                 :
                                                            :
                              Plaintiff,                    :
                                                            :                17-CV-1420 (VSB)
              -against-                                     :
                                                            :                    ORDER
CITY OF NEW YORK, et al.,                                   :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2018

<u>VERNON S. BRODERICK, United States District</u> Judge:

      Plaintiff commenced the instant action by filing his Complaint on January 26, 2017 against the City of New York, the New York City Police Department, and John Doe Court Officers and Police Officers (collectively, "Defendants"), alleging that Defendants violated his constitutional rights by unlawfully arresting and assaulting him.  (Doc. 1.)  On December 27, 2017, I issued an Order of Service in which I dismissed the claims against the New York City Police Department and directed, under *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), that the New York City Police Department and the New York State Attorney General identify the John Doe Police Officers and Court Officers who Plaintiff alleges unlawfully arrested or assaulted him ("December 27 Order").  (Doc. 10.)

      Before me is a letter-motion from Corporation Counsel of the City of New York requesting (1) an extension of time to respond to the December 27 Order and (2) that the Court instruct Plaintiff to provide physical descriptions of the Police Officers and Court Officers to assist in their identification of them.  (Doc. 12.)  In its letter, Corporation Counsel reports that it has conducted an investigation into the alleged arrest and assault and has been unable to identify the putative Police Officers and Court Officers because it is "unclear from the pleadings whether

Plaintiff was in the custody of the New York City Department of Correction (DOC) Officers or New York State Court Officers at the time of the alleged assault." (*Id.* at 2.) In light of this difficulty in locating the Officers, Corporation Counsel requests additional time and additional documentation from Plaintiff. (*Id.*)

Accordingly, I direct Plaintiff to provide a detailed physical description of the Police Officers and Court Officers that he seeks to name as defendants by March 16, 2018. Plaintiff is directed to send this information to Assistant Corporation Counsel Allyson Brown at The City of New York Law Department, 100 Church Street, New York, New York 10007, along with a copy to the Court. In addition, I grant an extension of time from February 26, 2018 to April 27, 2018 to respond to the December 27 Order. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated:   February 26, 2018
         New York, New York

Vernon S. Broderick
United States District Judge