```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SCOTT HILL,                                                 :
                                                            :
                              Plaintiff,                    :
                                                            :                17-CV-1420 (VSB)
             -against-                                      :
                                                            :                    ORDER
CITY OF NEW YORK, et al.,                                   :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff commenced the instant action by filing his Complaint on January 26, 2017 against the City of New York, the New York City Police Department, and John Doe Court Officers and Police Officers (collectively, "Defendants"), alleging that Defendants violated his constitutional rights by unlawfully arresting and assaulting him.  (Doc. 1.)  On December 27, 2017, I issued an Order of Service in which I dismissed the claims against the New York City Police Department and directed, under *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), that the New York City Police Department and the New York State Attorney General identify the John Doe Police Officers and Court Officers who Plaintiff alleges unlawfully arrested or assaulted him ("December 27 Order").  (Doc. 10.)  On February 26, 2018, in response to a letter-motion from Corporation Counsel requesting additional information and an extension of time, (Doc. 12), I issued an Order granting an extension and directing Plaintiff to provide a detailed physical description of the Police Officers and Court Officers that he seeks to name as defendants ("February 26 Order"), (Doc. 14).

      Before me is a letter-motion from the New York State Attorney General also requesting additional information and an extension of time.  (Doc. 15.)  For the same reasons set forth in my

February 26 Order, I grant the New York State Attorney General's Office until April 27, 2018 to respond to the December 27 Order. I further direct Plaintiff to send his descriptions, due on or before March 16, 2018, to Assistant Attorney General Michael Siudzinski at the New York State Attorney General's Office, 120 Broadway, New York, New York 10271, in addition to submitting them to Assistant Corporation Counsel Allyson Brown and my Chambers. The Clerk of Court is respectfully requested to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated:     February 28, 2018
           New York, New York

_____
Vernon S. Broderick
United States District Judge