# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 JUL -6 PM 2:55

Fill in above the full name of each plaintiff or petitioner.

Scott Hill

Case No. 17 CV 1920

-against-

The City of N.Y.

Fill in above the full name of each defendant or respondent.

## DECLARATION

Reopen The Case

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Scott Hill, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

I would like to have The case reopend because my lawyer wanted to get paid upfront, five Thousand Doullarend's up frunt and He droped The case, I want To sue him for Two Thousand Dollard for maipratice

Rev. 6/30/16