UNITED STATES DISTRICT COURT

RECEIVED
SDNY PRO SE OFFICE

SOUTHERN DISTRICT OF NEW YORK

2022 JUL -6 PM 2:55

Write the full name of each plaintiff or petitioner.

ScoTT Hill

Case No. 17 CV 1420

-against-

The CiTY of NEW YORK

**NOTICE OF MOTION**

ScoTT Hill

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that (ScoTT)   ScoTT, Hill

~~plaintiff or~~ defendant    name of party who is making the motion

requests that the Court:

REOPEN The CASE

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☑ my own declaration, affirmation, or affidavit

☐ the following additional documents:

4/5/22
Dated

Scott Hill
Signature

ScoTT Hill
Name

Prison Identification # (if incarcerated)

NEW Broadview MANor Blvd   S. I   N.Y.  10305
Address                        City        State       Zip Code

718-568-8805
Telephone Number (if available)

ScoTT Hill90a Yahoo.com
E-mail Address (if available)

I DidnT Know until AFTer TWO YEArs
PlEASE rEOPEN MY CASE, Your's TrUlly
ScotTHill

HiS nAME is STUArT B. ShAw

**APPLICATION DENIED.**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**   07/08/22

**This case was dismissed without prejudice after the parties fully**
**briefed all the issues.  Plaintiff appealed my ruling and my**
**decision was affirmed by the Second Circuit.  It is not clear who**
**the attorney Plaintiff references since no attorney filed a notice of**
**appearance in this case.  In any event, if Plaintiff intends to sue his**
**attorney for malpractice, he should do so in a separate lawsuit.**

Attach additional pages and documents if necessary.

4/5/22
Executed on (date)

ScotTHill
Signature

ScoTT Hill
Name

Prison Identification # (if incarcerated)

nEW BroawdviEw MANor 70 FArtHEr cAPodAnno Blvd
Address   STATEN ISlANd   City N.Y 10305 State   Zip Code

7/8-568-8805
Telephone Number (if available)

ScotT Hill90a YAHoo.com
E-mail Address (if available)